IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

NICOLE COLLINS, individually and as
Special Administrator of the ESTATE OF
JUSTIN BURGESS COLLINS                                                         PLAINTIFF

VS.                                        NO. 4:13CV00438 JM

JCM INDUSTRIES, d/b/a ADVANCED
STORAGE PRODUCTS                                                              DEFENDANTS

## ORDER

Pending is the parties joint motion for a continuance. (Docket # 27). For good cause shown, the motion is GRANTED. The case will be removed from the trial docket the week of January 26, 2015 and all pretrial deadlines are suspended. The parties are directed to notify the Court on or before October 1, 2014, the date on which the mediation is scheduled.

IT IS SO ORDERED this 15th day of August, 2014.

_____
James M. Moody Jr.
United States District Judge